IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SELECT SECTOR SPDR TRUST,
a Massachusetts trust,

    Plaintiff,

v.

POWERSHARES EXCHANGE-TRADED           Civil Action No. 4:10-cv-02589
FUND TRUST II, a Massachusetts trust,
INVESCO POWERSHARES CAPITAL             JURY
MANAGEMENT, LLC, a Delaware corporation;
and
INVESCO AIM DISTRIBUTORS, INC.,
now known as INVESCO DISTRIBUTORS, INC.,
a Delaware corporation,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and subject to the terms of a confidential settlement agreement contemporaneously entered into between the parties, the parties hereby dismiss with prejudice all claims and counterclaims asserted in this lawsuit. Each party shall bear its own fees and costs.

AGREED AND ENTRY REQUESTED.


s/ Robert R. Brunelli                             Date: February 14, 2011
Robert R. Brunelli (admitted *pro hac vice*)
    Colorado State Bar No. 20070
John R. Posthumus (admitted *pro hac vice*)
    Colorado State Bar No. 20950
Patricia Y. Ho (admitted *pro hac vice*)
    Colorado State Bar No. 38013
SHERIDAN ROSS P.C.

LEGAL02/32455531v1

1560 Broadway, Suite1200
Denver, CO 80202
Phone:  303-863-9700
Facsimile: 303-863-0223
Email: litigation@sheridanross.com

John D. Fraser
Attorney-in-Charge
SHIELDS, BRITTON & FRASER
A PROFESSIONAL CORPORATION
State Bar No. 07393550
5401 Village Creek Drive
Plano, Texas  75093
Phone:  469-726-3070
Fax:  972-788-4332
E-Mail:  jfraser@sbflegal.com

ATTORNEYS FOR PLAINTIFF


s/ Larry C. Jones                                          Date: February 14, 2011
Larry C. Jones
Attorney-in-charge
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC  28280-4000
Telephone: (704) 444-1000
Fax:  (704) 444-1100
Email:  Larry.Jones@alston.com

Paul C. VanSlyke
(S.D. Texas Admission No. 534)
Nathan Dunn
(S.D. Texas Admission No. 33428)
LOCKE LORD BISSELL & LIDELL LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, TX  77002
Telephone: (713) 226-1200
Fax:  (713) 223-3717

Email: PVanSlyke@LockeLord.com
   NDunne@LockeLord.com

ATTORNEYS FOR DEFENDANTS


SO ORDERED:


DATE: _____     _____
                                 Vanessa D. Gilmore
                                 U.S. District Judge

LEGAL02/32455531v1