IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SELECT SECTOR SPDR TRUST | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| versus | § | CIVIL. ACTION NO. H-10-2589 |
| | § | |
| | § | |
| POWERSHARES EXCHANGE-TRADED, | § | |
| FUND TRUST II, et al. | § | |
| Defendants | § | |

ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal (Doc. #31) filed on February 14, 2011, this cause of action is DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED this 15th day of February, 2011, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE